UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 8:13-cr-37-T-30EAJ

MICHAEL TURRUBIARTES

## PRELIMINARY ORDER OF FORFEITURE

The United States moves under 21 U.S.C. § 853 for a preliminary order of forfeiture (Doc. 72) for the following asset:

> A 2011 Nissan Altima, Vehicle Identification Number 1N4AL2AP1BN412927, Florida Tag AJIB22, registered to Michael Turrubiartes.

Being fully advised in the premises, the Court finds as follows:

WHEREAS, defendant Michael Turrubiartes pled guilty and was convicted of the cocaine trafficking conspiracy, in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(C), and 846, as charged in Count One of the Indictment (Docs. 57, 68); and

WHEREAS, the United States has established the requisite *nexus* between the defendant's crime of conviction and the property identified above, the government is now entitled to possession of this asset, pursuant to the provisions of 21 U.S.C. § 853 and Rule 32.2(b)(2), Federal Rules of Criminal Procedure.

Accordingly, it is hereby **ORDERED** and **ADJUDGED** that:

1. The motion (Doc. 72) of the United States is GRANTED.

2. Pursuant to 21 U.S.C. § 853 and Rule 32.2(b)(2), Federal Rules of Criminal Procedure, all right, title, and interest of defendant Michael Turrubiartes in the asset identified above are FORFEITED to the United States of America for disposition according to law.

3. In accordance with Rule 32.2(b)(4) and the defendant's Plea Agreement (Doc. 46, at 9-10), the preliminary order of forfeiture will be final as to the defendant at the time it is entered.

4. The Court retains jurisdiction to enter any orders necessary for the forfeiture and disposition of these assets, and to address any third party interests that may be asserted in these proceedings.

**DONE** and **ORDERED** in Tampa, Florida on August 14, 2013.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies to:
Counsel/Parties of Record

F:\Docs\2013\13-cr-37 prelim forfeit.wpd